UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICHARD L. RUTKOWSKI and        )        CASE NO. 95-10029-CIV-ROETTGER
HYPERBARICS INTERNATIONAL,      )
INC.                            )        MAGIS. JUDGE BARRY E. SELTZER
                                )
         Plaintiffs,            )
                                )
vs.                             )
                                )
EDWARD A. BETTS and AMERICAN    )        **NOTICE OF TAKING DEPOSITION**
NITROX DIVERS, INC.,            )
                                )
         Defendants.            )
_____)

TO:      FRED MATTLIN, ESQUIRE
         GORDON DIETERLE, ESQUIRE
         Mattlin & McClosky
         2300 Glades Road, Suite 400 East Tower
         Boca Raton, Florida 33431

**YOU ARE HEREBY NOTIFIED** that the undersigned will take the deposition of:

| Name and Address | Date and Time | Place |
|---|---|---|
| AMERICAN NITROX DIVERS, INC.* | MONDAY SEPTEMBER 15, 1997 11:00 A.M. | SOUTH PALM REPORTING 1499 W. PALMETTO PARK ROAD SUITE 153 BOCA RATON, FL 33486 (561) 338-0815 |

(* by corporate representative having the most knowledge of the matters alleged in
the Complaint and Answer in this cause.)

