UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICHARD L. RUTKOWSKI and )          CASE NO. 95-10029-CIV-ROETTGER
HYPERBARICS INTERNATIONAL, )
INC. )
)                                   MAGIS. JUDGE BARRY E. SELTZER
)
Plaintiffs, )
vs. )
)
EDWARD A. BETTS and AMERICAN )
NITROX DIVERS, INC., )
)
Defendants. )
_____)

## MOTION TO COMPEL MEDIATION AND FOR SANCTIONS

Plaintiffs, Richard L. Rutkowski and Hyperbarics international, Inc. vs. Edward A. Betts

and American Nitrox Divers, Inc., move to compel mediation or, alternatively, for the imposition

of sanctions against Defendants on the following grounds:

1.    Recently this Court issued Revised Trial Instructions and an Order of Referral to

Mediation (the "Mediation Order").  The Mediation Order requires the parties to conduct

mediation prior to trial.  Preliminarily, the Mediation Order requires the parties to schedule a

mediation date and time and agree upon a mediator.

2.    Plaintiffs' counsel has diligently attempted to schedule mediation with Defendants

and their counsel.  Because Defendants' counsel filed a motion to withdraw their representation,

counsel instructed Plaintiffs' counsel to contact Defendants directly.  See, Mattlin & McClosky

letter dated March 19, 1998 attached as Exhibit "A."

3.    Plaintiff's counsel has made two (2) attempts to schedule mediation with Defendants

directly, in addition to having attempted to schedule same with Defendants' counsel.  No attempt

has been successful.  Defendants' counsel remains unavailable to schedule mediation due to their

pending motion to withdraw.

4.      Plaintiffs have contemporaneously filed herewith their Notice to Clerk to Designate

Mediator.

### MEMORANDUM OF LAW

Paragraph 7 of this Court's Mediation Order provides that the Court may impose sanctions

against parties and/or counsel who do not comply with the attendance or settlement authority

requirements of the Order, or who violate the terms of the Order.   Rule 16.2, S.D.Fla.L.R.,

provides for mandatory mediation in all civil cases except those enumerated in Rule 16.2.C.

Obviously, this case cannot move toward mediation and possible settlement unless there is

cooperation regarding the scheduling of mediation.   The Defendants' refusal to cooperate to

schedule a mediation conference justifies the imposition of sanctions.

WHEREFORE, Plaintiffs request entry of an Order Compelling Mediation and/or an award

of sanctions against the Defendants.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished
via U.S. Mail to:  **Gordon Dieterle, Esquire**, Mattlin & McClosky, 2300 Glades Road, Suite
400 East Tower, Boca Raton, Florida 33431, **Edward Betts**, 74 Woodcleft Avenue, Freeport
New York 11520, and **American Nitrox Divers, Inc.**, c/o **Edward Betts**, 74 Woodcleft
Avenue, Freeport, New York 11520, this 7ᵗʰ day of April, 1998.

MITCHELL T. McRAE, P.A.
Attorney for Plaintiffs Rutkowski and
Hyperbarics International
One Boca Place, Suite 405 East
2255 Glades Road
Boca Raton, Fl 33431
(561) 241-6600

By:_____
        Mitchell T. McRae, Esquire
        Florida Bar Number: 441759

c:\p\Rutkowsk\Motion to Compel Mediation

2.

# Mattlin & McClosky
### LAW OFFICES

FRED W. MATTLIN
GREGG W. McCLOSKY
RONALD E. D'ANNA
STEVEN G. SCHWARTZ
MICHAEL J. IOANNOU
GORDON A. DIETERLE

GARY J. DRUCKER
LISA BISAGNI
DAVID J. PASCUZZI
EDWARD S. HAMMEL
GARY W. KOVACS

2300 GLADES ROAD
SUITE 400, EAST TOWER
BOCA RATON, FLORIDA 33431
TELEPHONE 561/368-9200
FACSIMILE 561/395-7050

**TAMPA BAY OFFICE**
PRESTIGE PLACE, SUITE 155
2600 McCORMICK DRIVE
CLEARWATER, FLORIDA 34619
TELEPHONE 813/797-7552
FACSIMILE 813/535-6765
REPLY TO: Boca Raton

March 19, 1998

FILE COPY

**VIA FACSIMILE**
**241-6617**

Mitchell T. McRae, Esquire
Mitchell T. McRae, P.A.
One Boca Place, Suite 405 East
2255 Glades Road
Boca Raton, Florida 33431

> Re:  Richard L. Rutkowski, et al. v. Edward Betts, et al.
>      Case No. 95-10029-CIV-Roettger

Dear Mitch:

This letter will acknowledge your correspondence of March 16, 1998 regarding the above-referenced matter.

As you were previously advised, we have filed a motion to withdraw from any further representation of Edward A. Betts and American Nitrox Divers, Inc. At this time, the Court has not yet ruled on our motion and we have proceeded to send a notice to Judge Roettger requesting an immediate ruling so that Mattlin & McClosky can be withdrawn as counsel of record and be relieved of any further responsibility in this matter.

As the Order of referral to mediation requires the parties to schedule a settlement conference, we would direct you to contact Mr. Betts directly so that you may be able to do this. Mr. Betts' telephone number is 516-546-2026.

Should you have any questions or comments regarding the foregoing, please contact me. Thank you for your kind attention and continued cooperation.

Very truly yours,

Gordon A. Dieterle

GAD:sc
cc:  Edward A. Betts (via certified mail)
     Matthew W. Monroe, Esquire
H:\LIBRARY\95133001\LETTERS\MCRAE.SC

## Exhibit "A"