UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICHARD L. RUTKOWSKI and ) CASE NO. 95-10029-CIV-ROETTGER
HYPERBARICS INTERNATIONAL, )
INC. ) MAGIS. JUDGE BARRY E. SELTZER
)
      Plaintiffs, )
)
vs. )
)
EDWARD A. BETTS and AMERICAN )
NITROX DIVERS, INC., )
)
      Defendants. )
_____)

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, Richard L. Rutkowski and Hyperbarics International, Inc., and Defendants, Edward A. Betts and American Nitrox Divers, Inc., stipulate and agree, pursuant to Rule 41(1)(ii), Fed.R.Civ.P., that this cause, having been amicably settled, may be dismissed with prejudice with each party to bear its own attorney's fees and costs. Without limitation to the foregoing, the Motion of Defendant Edward A. Betts to Tax Attorney's Fees and Costs filed on or about June 16, 1997, be and is hereby withdrawn and dismissed with prejudice. Any other pending motions be and are hereby withdrawn and dismissed.

74

CASE NO. 95-10029-CIV-ROETTGER

Stipulated this 15th day of April, 1998.

Mitchell T. McRae, P.A.
Mitchell T. McRae, Esquire
Attorney for Plaintiffs, Richard Rutkowski
And Hyperbarics International, Inc.
2255 Glades Road, Suite 405 East
Boca Raton, Florida 33431
Telephone: (561) 241-6600

By: _____
Mitchell T. McRae, Esquire
Florida Bar No. 441759

Edward A. Betts, Defendant
74 Woodcleft Avenue
Freeport, New York 11520
Telephone: (516) 546-2026

_____
Edward A. Betts

American Nitrox Divers, Inc.
c/o Edward A. Betts
74 Woodcleft Avenue
Freeport, New York 11520
Telephone: (516) 546-2026

By: _____
Edward A. Betts, President

2.